## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

GERARD KENNEY, ALEXA JOSHUA, GLEN )
DELA CRUZ MANALO, and KATHERINE )
MURRAY LEISURE, )

           Plaintiffs, )

               v. )

AMERICAN BOARD OF INTERNAL )
MEDICINE, )

           Defendant. )

Civil Action No. 2:18-CV-5260-RK

### JOINT STIPULATION FOR AN EXTENSION OF TIME
### TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiffs and defendant American Board of Internal Medicine ("ABIM"), by and through

their respective counsel, hereby stipulate as follows:

WHEREAS, the Complaint in this action was filed on December 6, 2018;

WHEREAS, on January 2, 2019 counsel for Plaintiffs filed a waiver of the service of

summons sent to ABIM on December 18, 2018, indicating counsel for ABIM accepted service of

the summons and complaint as of December 18, 2018;

WHEREAS, ABIM agreed pursuant to the waiver of service of summons to answer or

otherwise respond to the complaint within 60 days of service, making ABIM's response due on

February 19, 2019;

WHEREAS, counsel for Plaintiffs and ABIM agreed to a thirty-day extension of time

within which to respond to the complaint, making ABIM's response due on March 18, 2019;

WHEREAS, the Court entered an Order setting March 18, 2019 as the date for ABIM's

response to the Complaint (D.E. 17);

WHEREAS, Plaintiffs filed an Amended Complaint in this action on January 23, 2019;

IT IS HEREBY STIPUALTED AND AGREED by the parties, subject to the approval of the Court, that the time for ABIM to respond to the Complaint shall remain as initially stipulated and ABIM's response shall be due March 18, 2019.

February 1, 2019

Respectfully submitted,

/s/ Mindee J. Reuben
Steven J. Greenfogel
Mindee J. Reuben
LITE DEPALMA GREENBERG, LLC
1835 Market Street – Suite 2700
Philadelphia, PA 19103
Phone: 267.519.8306

Katrina Carroll
LITE DEPALMA GREENBERG, LLC
111 West Washington
Suite 1240
Chicago, IL 60602
Phone: 312.750.1265

C. Phillip Curley
Alan F. Curley
Cynthia H. Hyndman
Samuel G. Royko
ROBINSON CURLEY, P.C.
South Wacker Drive, Suite 1700
Chicago, IL 60606
Tel: 312.663.3100

*Attorneys for Plaintiffs. Gerard Kenney,
Alexa Joshua, Glen Dela Cruz Manalo,
and Katherine Murray Leisure*

/s/ Jason A. Leckerman
Leslie E. John
Jason A. Leckerman
Elizabeth P. Weissert
Mansi Shah
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: 215-665-8500

*Attorneys for Defendant,
American Board of Internal Medicine*

SO ORDERED this _____ day of February, 2019

_____
Robert F. Kelly, U.S.D.J.